# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Kay, Kathleen | **2. Court or Organization**<br><br>Western District of Louisiana | **3. Date of Report**<br><br>05/11/2020 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>Magistrate Judge Full Time | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U. S. Courthouse
611 Broad Street Suite 209
Lake Charles, LA 70601

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Secretary | SWLA LSU Alumni Association (nonprofit) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kay, Kathleen | 05/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kay, Kathleen | 05/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kay, Kathleen | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Halliburton 401 K Blended Fund Inv 2020 Retirement Investment 2020 R | D | Int./Div. | K | T | Distributed (part) | 06/22/19 | J | C | |
| 2. Halliburton 401 K Bond Inv Stable Value STR | E | Int./Div. | N | T | Distributed (part) | 06/22/19 | M | D | |
| 3. Rental Property #1 Lake Charles, LA (appraised 2008) | D | Rent | L | Q | | | | | |
| 4. First Ntional Bank Accounts | A | Int./Div. | K | T | | | | | |
| 5. Northwestern Mutual Whold Life Ins Policies | | None | K | T | | | | | |
| 6. Fidelity Core (X) | A | Interest | J | T | | | | | |
| 7. Halliburton Common | A | Dividend | | | Sold | 04/25/19 | J | A | |
| 8. Aberdeen Asia Pacific Income FD | A | Dividend | J | T | Buy | 10/03/19 | J | | |
| 9. Alliancebernstein GBL HGH INCM Com | A | Dividend | J | T | Buy | 10/03/19 | J | | |
| 10. Arbor Rlty | A | Dividend | J | T | Buy | 10/03/19 | J | | |
| 11. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 12. Chimera Invt Corp Com New | | None | J | T | Buy | 10/03/19 | J | | |
| 13. Fidelity IRS Rollover Ladder Cap Corp CL A | B | Dividend | J | T | Buy (add'l) | 01/24/19 | J | | |
| 14. | | | | | Sold (part) | 05/24/19 | J | A | |
| 15. | | | | | Buy (add'l) | 11/13/19 | J | | |
| 16. Fidelity IRA Rollover Medical PPTYS TR Inc. | A | Dividend | | | Sold | 01/08/19 | J | A | |
| 17. Fidelity IRA Rollover Hannon Armstrong Sustainable Infl Com | A | Dividend | | | Sold | 08/29/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kay, Kathleen** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Fidelity IRA Rollover Blackberty LTC | | None | J | T | Buy | 08/23/19 | J | | |
| 19. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 20. | | | | | Buy<br>(add'l) | 10/18/19 | J | | |
| 21. Fidelity IRA Rollover Aberdeen Asia Pacific | A | Dividend | J | T | Buy | 07/11/19 | J | | |
| 22. Fidelity IRA Rollover Pennymac Mortgage Investment | A | Dividend | J | T | Buy | 07/11/19 | J | | |
| 23. Fidelity IRA Rollover Six Flags Entmt Corp New Com | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 24. Fidelity IRA Rollover Chimera Invt Corp Com New | A | Dividend | J | T | Buy | 08/30/19 | J | | |
| 25. | | | | | Buy<br>(add'l) | 12/27/19 | J | | |
| 26. Fidelity IRA Rollover PIMCO DYN CR MRT | A | Dividend | | | Sold | 03/21/19 | J | A | |
| 27. Fidelity IRA Rollover MacQuarie Infrast Corp | | None | | | Sold | 01/08/19 | J | A | |
| 28. Fidelity Allianceberstein GBL HGH INCM COM | A | Dividend | J | T | Sold<br>(part) | 06/18/19 | J | A | |
| 29. | | | | | Buy | 07/11/19 | J | | |
| 30. | | | | | Sold<br>(part) | 11/22/19 | J | A | |
| 31. Fidelity IRA Rollover Halliburton Co | A | Dividend | K | T | Buy | 01/24/19 | J | | |
| 32. | | | | | Buy<br>(add'l) | 07/11/19 | J | | |
| 33. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 34. | | | | | Buy<br>(add'l) | 08/06/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kay, Kathleen | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 36. | | | | | Buy<br>(add'l) | 08/27/19 | J | | |
| 37. | | | | | Sold<br>(part) | 09/18/19 | K | A | |
| 38. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 39. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 40. | | | | | Buy<br>(add'l) | 10/07/19 | J | | |
| 41. | | | | | Sold<br>(part) | 12/12/19 | K | B | |
| 42. Fidelity IRA Rollover Aspen Aerogels Inc | None | | J | T | Buy | 01/14/19 | J | | |
| 43. | | | | | Sold<br>(part) | 05/02/19 | J | A | |
| 44. | | | | | Sold<br>(part) | 05/24/19 | J | A | |
| 45. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 46. | | | | | Sold<br>(part) | 08/23/19 | J | B | |
| 47. | | | | | Sold<br>(part) | 08/29/19 | J | A | |
| 48. | | | | | Sold<br>(part) | 10/29/19 | J | B | |
| 49. Fidelity IRA Rollover Park Hotels Resorts Inc. Com | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 50. | | | | | Sold<br>(part) | 10/30/19 | J | A | |
| 51. | | | | | Sold<br>(part) | 11/06/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kay, Kathleen** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Fidelity IRA Rollover Blackstone Mort Tru | A | Dividend | | | Sold | 10/29/19 | J | A | |
| 53. Fidelity IRA Rollover Omega Healthcare Invs | | None | | | Sold | 01/08/19 | J | A | |
| 54. Fidelity IRA Rollover Arbor Rlty Tr Inc. | A | Dividend | J | T | Buy | 09/17/19 | J | | |
| 55. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 56. Fidelity IRA Rollover McDermott International | | None | J | T | Buy | 09/18/19 | J | | |
| 57. | | | | | Buy (add'l) | 09/20/19 | J | | |
| 58. | | | | | Buy (add'l) | 09/23/19 | J | | |
| 59. | | | | | Buy (add'l) | 10/28/19 | J | | |
| 60. | | | | | Sold (part) | 11/06/19 | J | A | |
| 61. | | | | | Buy (add'l) | 11/12/19 | J | | |
| 62. | | | | | Buy (add'l) | 11/13/19 | J | | |
| 63. | | | | | Sold (part) | 11/25/19 | J | A | |
| 64. | | | | | Sold (part) | 11/27/19 | J | A | |
| 65. | | | | | Sold (part) | 12/20/19 | J | A | |
| 66. Fidelity IRA Rollover Renewable Energy Group Inc. Com New | | None | J | T | Buy | 08/30/19 | J | | |
| 67. | | | | | Sold (part) | 09/18/19 | J | A | |
| 68. Fidelity IRA Rollover ISHARES Gold Trust | | None | | | Buy | 08/30/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 09/18/19 | J | A | |
| 70. Fidelity IRA Rollover Doubleline Income Solutions | A | Dividend | | | Sold (part) | 04/25/19 | J | A | |
| 71. | | | | | Buy | 07/11/19 | J | | |
| 72. | | | | | Sold | 09/17/19 | J | A | |
| 73. Fidelity IRA Rollover Altria Group, Inc. | | None | J | T | Buy | 09/26/19 | J | | |
| 74. Fidelity IRA Rollover US Bank | A | Int./Div. | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kay, Kathleen** | 05/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kathleen Kay**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544